IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: 15375 Memorial Corporation et al.

| | | |
|---|---|---|
| GlobalSantaFe Corporation et al., | ) | |
| | ) | |
| | ) | |
| Appellants | ) | Civil Action No.  08-325 |
| v. | ) | |
| | ) | |
| 15375 Memorial Corporation et al, | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No.  06-10859 |
| | | ADV   06-50822 |
| | | AP 08-34 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 2/15/08 and 4/16/08 as docketed in the District Court on 5/30/08:

> Order 2/15/08 Denying Motion for Preliminary Declaratory and Injunctive Relief, Denying BEPCO Dismissal Conversion Motion and Granting the BEPCO Stay Relief Motion

> Order 4/16/08 on Reargument

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                  Peter T. Dalleo
                                                  Clerk of Court

Date: 5/30/08
To:   U.S. Bankruptcy Court
         Counsel